# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00448-CV

---

### D. J. and A. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 300,832-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant D. J. filed her notice of appeal on July 5, 2019. The appellate record was complete on July 15, 2019, making appellant's brief due on August 5, 2019. The Court previously ordered appellant D.J. to file her brief no later than August 26, 2019, and advised her that if the brief was not filed by that date, the case may proceed on appellant A.S.'s brief alone. On August 27, 2019, appellant, who was an intervenor in the proceeding below and is acting pro se, submitted a motion for extension of time to file appellant's brief, which is not compliant with the Texas Rules of Appellate Procedure. In the motion, appellant informs the Court that she is attempting to obtain counsel to assist her with this appeal.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting

extensions. In this instance, on its own motion, the Court orders appellant to file appellant's brief no later than September 13, 2019. If the brief is not filed by that date, the case may proceed on appellant A.S.'s brief alone.

It is ordered on August 30, 2019.

Before Chief Justice Rose, Justices Triana and Smith